# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MANUEL SIMAS,**<br>   Defendant/Appellant,<br>vs.<br>**CRAIG POWELL AND KELLY POWELL,**<br>   Plaintiffs/Appellees. | CASE NO. 21-cv-126-YGR<br><br>**JUDGMENT** |

In accordance with the Court's opinion, judgment is entered. The Clerk of Court shall enter judgment and close the matter.

**IT IS SO ORDERED.**

Dated: November 10, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**